UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:22mj6-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>) **ORDER TO UNSEAL**<br>LADDIE DWAYNE MCMILLIAN, )<br>RESIDING AT 213 SANDY PLAINS ROAD, )<br>TRYON, NORTH CAROLINA, AND ANY )<br>ELECTRONIC COMMUNICATION )<br>DEVICES LOCATED ON MCMILLIAN'S )<br>PERSON ) | |

This matter is before the Court on the Government's Motion to Unseal (Doc. 23).

The Motion is GRANTED and the clerk is respectfully directed to unseal the above referenced Application for Search Warrant and Search Warrant.

It is so ordered.

Signed: June 30, 2022

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge

1