## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:22-mj-06-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LADDIE DWAYNE MCMILIAN ET AL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on the Government's Motion to Unseal (Doc. 33).

Having reviewed the Motion and Local Criminal Rule 49.1.1, the Motion to Unseal (Doc. 33) is **GRANTED**, and the clerk is respectfully directed to unseal the above-captioned case.

It is so ordered.

Signed: July 5, 2022

W. Carleton Metcalf
United States Magistrate Judge